IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH BOCHNER,

    Plaintiff,               CIV S-11-3416 LKK CKD PS

    v.

ARTHUR MUNOZ, et al.,

    Defendants.          ORDER

_____/

        This action was referred to the undersigned pursuant to Local Rule 302(c)(21). On May 24, 2012, the court recommended this action be dismissed because plaintiff had not served defendants with summons and failed to appear at a status conference. Plaintiff has filed objections wherein he states that he was under the mistaken impression that an attorney he had consulted was serving summons in this action. Plaintiff will be afforded additional time in which to effectuate service.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. The May 24, 2012 findings and recommendations are vacated.

        2. No later than July 13, 2012 plaintiff shall serve defendants with summons in compliance with Federal Rule of Civil Procedure 4 and shall file a proof of said service with the

\\\\\

1

1  court.  Failure to comply with this order shall result in a recommendation that the action be
2  dismissed.

3   Dated: June 14, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
bochner.vac