IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH BOCHNER,

        Plaintiff,                  No. 2:11-cv-3416 LKK CKD PS

    v.

ARTHUR MUNOZ, et al.,

        Defendants.         ORDER

_____/

        This action was referred to the undersigned pursuant to Local Rule 302(c)(21). Plaintiff has requested permission to utilize electronic filing. Plaintiff does not provide an e-mail address and has not set forth circumstances warranting an exception to the local rule which provides that persons appearing pro se may not utilize electronic filing. See Local Rule 133(b)(2).

////
////
////
////
////
////

1

1      Accordingly, IT IS HEREBY ORDERED that plaintiff's request (dkt. no. 9) is
2  denied.
3  Dated: July 24, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

7  4 bochner3416.cm-ecf