IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH BOCHNER,

    Plaintiff,

    v.                    2:11-cv-3416 LKK CKD PS

ARTHUR MUNOZ, et al.,

    Defendants.        <u>ORDER</u>

_____/

        Plaintiff failed to appear at the status conference held on October 10, 2012. Plaintiff was accordingly ordered to show cause why this action should not be dismissed for lack of prosecution. Plaintiff's response to the order to show cause was due October 24, 2012. The court has been informed that the courtroom deputy was contacted by plaintiff after the hearing regarding plaintiff's failure to appear. Although plaintiff was directed to file a response in writing, plaintiff has failed to do so.

        Plaintiff is advised that <u>ex parte</u> communications with the court are inappropriate. Plaintiff will be granted one final opportunity to respond to the order to show cause.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's <u>written</u> response to the October 11, 2012 order to show cause shall be filed no later than November 15, 2012.

Dated: November 6, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
bochner3416.osc