IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH BOCHNER,

    Plaintiff,

    v.                                   2:11-cv-3416 LKK CKD PS

ARTHUR MUNOZ, et al.,

    Defendants.                    ORDER

_____/

    Plaintiff has filed a response to the order to show cause which issued because plaintiff failed to appear at the status conference held on October 10, 2012. Good cause appearing, IT IS HEREBY ORDERED that the order to show cause is discharged.

Dated: November 19, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
bochner3416.osc.disch.

1