Law Offices of
**TONON & ASSOCIATES**
Post Office Box 2536
Truckee, California 96160
Tel. (530) 587-0333
Fax. (530) 587-1545
Gayle K. Tonon, Esq. (SBN 110427)

Attorneys for Defendants: Arthur
Munoz and Town of Truckee

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH BOCHNER,<br><br>        Plaintiff,<br><br>vs.<br><br>ARTHUR MUNOZ; TOWN OF TRUCKEE,<br><br>        Defendants. | Case No. 2:11-CV-03416-LKK-CKD<br><br>**DEFENDANTS' SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Date: March 13, 2013<br>Time: 10:00 a.m.<br>Courtroom: 24, Judge Carolyn K. Delaney<br><br>COMPLAINT FILED: 12/22/2011<br>TRIAL DATE: 04/29/2014 |

Defendants, ARTHUR MUNOZ and TOWN OF TRUCKEE, respectfully submit the following Statement of Undisputed Material Facts in compliance with Local Rule 56-260.

SUPPORTING STATEMENT:

| DEFENDANT, ARTHUR MUNOZ AND TOWN OF TRUCKEE'S UNDISPUTED MATERIAL FACTS AND SUPPORTING EVIDENCE: | OPPOSING PARTY'S RESPONSES AND SUPPORTING EVIDENCE: |
|---|---|
| 1. On December 22, 2009, Plaintiff, JOSEPH BOCHNER, was driving a white 1985 Subaru hatchback with Oregon License Plate #715DBDA eastbound on | 1. |

Donner Pass road.

SUPPORT:

Exhibit "C". Truckee Police Department Crime/Incident Report and Narrative.

2. Defendant, ARTHUR MUNOZ, was acting in his capacity as a Police Officer when he witnessed the Plaintiff illegally pass an almost stopped semi-truck on the right hand shoulder of Donner Pass road at an unsafe speed.

2.

SUPPORT:

Exhibit "C". Truckee Police Department Crime/Incident Report and Narrative prepared by Defendant, ARTHUR MUNOZ. California Vehicle Code, Section 21650(a). Declaration of Chief Adam McGill.

3. Defendant, ARTHUR MUNOZ, activated the external PA system on his vehicle and told Plaintiff, JOSEPH BOCHNER, to pull over.

3.

SUPPORT:

Exhibit "C". Truckee Police Department Crime/Incident Report and Narrative prepared by Defendant, ARTHUR MUNOZ.

4. Once contacting the Plaintiff, JOSEPH BOCHNER, Defendant, ARTHUR MUNOZ, detected an odor of alcohol coming from the Plaintiff and noticed he had red and watery eyes.

4.

SUPPORT:

Exhibit "C". Truckee Police Department Crime/Incident Report and Narrative prepared by Defendant, ARTHUR MUNOZ.

| | |
|---|---|
| 5. Defendant, ARTHUR MUNOZ, requested that the Plaintiff, JOSEPH BOCHNER, participate in a Field Sobriety Test and Plaintiff refused. | 5. |

SUPPORT:

Exhibit "C". Truckee Police Department Crime/Incident Report and Narrative prepared by Defendant, ARTHUR MUNOZ.
Exhibit "A", in car video of the events and Exhibit "B", transcript of the in car video both supported by the Declaration of Defendant, ARTHUR MUNOZ.

| | |
|---|---|
| 6. Plaintiff, JOSEPH BOCHNER, requested that a blood draw be done and Defendant, ARTHUR MUNOZ, explained that he would have to be arrested for that to be done. Plaintiff continued to refuse to participate in the Field Sobriety Test and was taken into custody. | 6. |

SUPPORT:

Exhibit "C". Truckee Police Department Crime/Incident Report and Narrative prepared by Defendant, ARTHUR MUNOZ.
Exhibit "A", in car video of the events of December 22, 2009 and Exhibit "B", transcript of the in car video both supported by the Declaration of Defendant,

DEFENDANTS' SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

ARTHUR MUNOZ.

7. All of the relevant events were recorded on the in car video.

SUPPORT:

Exhibit "A", in car video of the events of December 22, 2009 and Exhibit "B", transcription of the in car video both supported by the Declaration of the Defendant, ARTHUR MUNOZ.

7.

8. Plaintiff, JOSEPH BOCHNER, was placed under arrest for suspicion of driving under the influence of alcohol.

SUPPORT:

Exhibit "C". Truckee Police Department Crime/Incident Report and Narrative prepared by Defendant, ARTHUR MUNOZ.
Exhibit "A", in car video of the events of December 22, 2009 and Exhibit "B", transcript of the in car video both supported by the Declaration of Defendant, ARTHUR MUNOZ.

8.

9. Plaintiff, JOSEPH BOCHNER, was taken to the Tahoe Forest Hospital where a blood draw was performed.

SUPPORT:

Exhibit "C". Truckee Police Department Crime/Incident Report and Narrative prepared by Defendant, ARTHUR MUNOZ.

9.

10. On December 22, 2009, there was no, and currently is, no

10.

policy, practice or custom of the Defendant, TOWN OF TRUCKEE, designed to violate the Constitutional rights of the Plaintiff, JOSEPH BOCHNER.

SUPPORT:

Declaration of Chief Adam McGill of the Truckee Police Department.

11. Defendant, ARTHUR MUNOZ, is adequately trained regarding investigation and arrests for driving under the influence.

11.

SUPPORT:

Declaration of Chief Adam McGill of the Truckee Police Department. Exhibit "D" to the Declaration of Chief Adam McGill consisting of the relevant training records of the Defendant, ARTHUR MUNOZ.

Respectfully Submitted,

Dated: January 25, 2013

**TONON & ASSOCIATES**

By: _Gayle K. Tonon_
GAYLE K. TONON, ESQ.
Attorney for Defendants,
ARTHUR MUNOZ and TOWN OF TRUCKEE

(TRK1201)P012113.SepStmtMSJ

| TONON & ASSOCIATES  (530) 587-0333 | |
| --- | --- |
| P. O. BOX 2536<br>TRUCKEE, CA 96160<br>Defendants: Arthur Munoz, Town of Truckee | |
| United States District Court-Eastern District of California<br>501 I Street, #4-200<br>Sacramento, California 95814 | |
| Plaintiff: Joseph Bochner | |
| Defendant(s): Arthur Munoz; Town of Truckee | CASE NO: 2:11-cv-03416-LKK-CKD |

## CERTIFICATE OF SERVICE [FRCP § 5(b)]

I, Kelly Larson, declare as follows:
1. I am over the age of 18 years;
2. I am not a party to this action;
3. My business address is P. O. Box 2536, Truckee, CA 96160;
4. On January 25, 2013, from my business address, I served a document described as:
   **DEFENDANTS' SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**
5. Service Address(es): **SEE ATTACHED MAILING LIST**
6. Facsimile Transmission Number(s): **SEE ATTACHED MAILING LIST**
7. Overnight Mail Service: Service was accomplished:

☐ By personal service to:

☑ (By Mail) I caused the described document to be deposited in a post office, mail box, sub-post office, substation or mail chute, or other like facility regularly maintained by the United States Postal Service, in a sealed envelope, with postage prepaid, and addressed to the Service Address(es).

☐ (By Express Mail) I caused the described document to be deposited in a post office, mailbox, sub-post office, substation or mail chute or other like facility regularly maintained by the United States Postal Service for receipt of Express Mail, in a sealed envelope, with Express Mail postage paid and addressed to the Service Address(es).

☐ (By Overnight Mail) I caused the described document to be deposited in a box or other facility regularly maintained by the Overnight Mail Service, or delivered to a courier or driver authorized by the Overnight Mail Service to receive documents, in an envelope designated by the Overnight Mail Service, with delivery fees paid or provided for, addressed to the Service Address(es).

☐ (By Facsimile Transmission) The parties have agreed to service by facsimile transmission and said agreement has been confirmed in writing. I caused the described document to be transmitted from a facsimile transmission machine which number is (530)587-1545 to the Service Address(es) at the Facsimile Transmission Number(s). The transmission was reported as complete without error by transmission report issued by the facsimile transmission machine upon which the transmission was made.

☐ (By e-filing) The individuals/parties listed on the following service list are registered with the Court to receive notice of electronically filed documents. Per ECF rules, hard copies must be served only on parties who are not set up for electronic notification.

I declare the foregoing is true and correct under penalty of perjury under the laws of the State of California.

Date: January 25, 2013

_Kelly Larson_
Kelly Larson

**MAILING LIST/PROOF OF SERVICE**

Case Name: <u>Bochner v. Munoz, et al.</u>
Case No. : 2:11-cv-03416-LKK-CKD

Joseph Bochner, in Pro Per
11448 Deerfield Drive, 2-222
Truckee, California 96161