Law Offices of
**TONON & ASSOCIATES**
Post Office Box 2536
Truckee, California 96160
Tel. (530) 587-0333
Fax. (530) 587-1545
Gayle K. Tonon, Esq. (SBN 110427)

Attorneys for Defendants: Arthur
Munoz and Town of Truckee

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BOCHNER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ARTHUR MUNOZ; TOWN OF TRUCKEE,<br><br>　　　　Defendants. | Case No. 2:11-CV-03416-LKK-CKD<br><br>**DECLARATION OF ARTHUR MUNOZ IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:　March 13, 2013<br>Time:　10:00 a.m.<br>Courtroom: 24, Judge Carolyn K. Delaney<br><br>COMPLAINT FILED: 12/22/2011<br>TRIAL DATE:　　04/29/2014 |

I, ARTHUR MUNOZ, declare as follows:

That I am over the age of 18 and am a citizen of the United States of America residing in Washoe County, Nevada.

That I am a Defendant in the within action and as such was involved in the events that occurred on December 22, 2009, involving the Plaintiff, Joseph Bochner, in pro per.

That I have reviewed the in car video of the events and the transcript of same. Both are attached hereto, marked Exhibit "A" and Exhibit "B", respectively and incorporated herein by reference

I hereby swear under penalty of perjury under the laws of the State of California that the compact disc of the in car video,

-1-

(Exhibit "A") accurately depicts the events of December 22, 2009, involving this Declarant and Plaintiff, Joseph Bochner, in pro per.

Further, I hereby swear under penalty of perjury under the laws of the State of California that the transcript of the events of December 22, 2009, (Exhibit "B") accurately reflects those events as depicted on the in car video.

That I have personal knowledge with regard to the foregoing and if called upon to testify could do so competently. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed under penalty of perjury on this the 8th day of January, 2013, at Truckee, California.

_____
ARTHUR MUNOZ

(TRK1201)P120312.DecMunoz

-2-

DECLARATION OF ARTHUR MUNOZ

DECLARATION OF ARTHUR MUNOZ

EXHIBIT 'A'



**Truckee Police Department**

ITEM NO: 5  CR REF NO: 4JL  QTY: 2
DATE: 12/13/2012 00:00
REASON: E Evidence
DESC: DVD RECORDINGS
OFFICER: 6113 LITCHIE, JASON
BOOK TO:



*1.09001834-005*

CASE NO: 09001834



DECLARATION OF ARTHUR MUNOZ

EXHIBIT 'B'

```
 1                UNITED STATES DISTRICT COURT
 2          EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)
 3
 4  JOSEPH BOCHNER                    )
                                      )
 5                  Plaintiff,        )
                                      )
 6  vs.                               ) No. 2:11-cv-3416 LKK CKD PS
 7                                    )
    ARTHUR MUNOZ; TOWN OF TRUCKEE,    )
 8                                    )
                    Defendants.       )
 9                                    )
                                      )
10  _____    )
11
                     IN-CAR VIDEO TRANSCRIPT
12
                       December 22, 2009
13
                          ---oOo---
14
15
    (Video recording started at 12:51:48)
16
17
    17:53:00
18
    OFR. MUNOZ:       Pull over to the right shoulder.
19
                      Pull over to the right shoulder.
20
21
    17:53:50
22
    OFR. MUNOZ:       Do you want to take out a license,
23
                      registration, proof of insurance?
24
                      Do you realize that pass you just made was
25
```

Mary Bardellini and Associates - (800) 717-6262

| | | |
|---|---|---|
| 1 | | completely illegal? |
| 2 | MR. BOCHNER: | I can -- shooting off to the right lane |
| 3 | | (unintelligible)? |
| 4 | OFR. MUNOZ: | You cannot. Driving on the right side of |
| 5 | | the road passing vehicles is illegal? |
| 6 | MR. BOCHNER: | I thought that the -- the car was on the -- |
| 7 | | on the left was more in the median, and I |
| 8 | | thought they were turning left where the |
| 9 | | truck was; but maybe I thought differently. |
| 10 | | I apologize for that. |
| 11 | OFR. MUNOZ: | Give me your registration. |
| 12 | MR. BOCHNER: | Yeah, um -- |
| 13 | OFR. MUNOZ: | Pick up. |
| 14 | | |
| 15 | 17:54:28 | |
| 16 | MR. BOCHNER: | You know, frankly, I'm not sure when the |
| 17 | | registration was (unintelligible). Cleaned |
| 18 | | out my (unintelligible). |
| 19 | OFR. MUNOZ: | Okay. Why don't you do me a favor and try |
| 20 | | and locate it. Okay? |
| 21 | MR. BOCHNER: | Okay. |
| 22 | | |
| 23 | 17:57:08 | |
| 24 | OFR. MUNOZ: | Are you able to find it? |
| 25 | MR. BOCHNER: | No, I haven't. |

| | | |
|---|---|---|
| 1 | OFR. MUNOZ: | Where's the insurance for this vehicle? |
| 2 | | This is for a Mazda RX-7. |
| 3 | MR. BOCHNER: | Um, well, my (unintelligible) this my proof |
| 4 | | of coverage (unintelligible) for a client. |
| 5 | | This is probably the proof of insurance I |
| 6 | | have right now. |
| 7 | OFR. MUNOZ: | That's all you have? |
| 8 | MR. BOCHNER: | Yeah. |
| 9 | OFR. MUNOZ: | Okay. That's not good enough. |
| 10 | | You've already had a ticket for no insurance |
| 11 | | before. That's shown on the record right |
| 12 | | now. Why is the -- what -- why don't you |
| 13 | | have a -- insurance on the vehicle right |
| 14 | | now? |
| 15 | MR. BOCHNER: | I -- I don't know the answer to that. I can |
| 16 | | jump to my (unintelligible) (unintelligible) |
| 17 | | (unintelligible). |
| 18 | OFR. MUNOZ: | Okay. Sit tight while I make a |
| 19 | | (unintelligible) (unintelligible). |
| 20 | | |
| 21 | 18:01:12 | |
| 22 | OFR. MUNOZ: | Okay, sir, what's the mailing address? |
| 23 | MR. BOCHNER: | 6088 (unintelligible) (unintelligible). |
| 24 | OFR. MUNOZ: | What street -- ahhh, what -- what town? |
| 25 | MR. BOCHNER: | Bend, Oregon. |

| | | |
|---|---|---|
| 1 | OFR. MUNOZ: | Okay. What's the zip? |
| 2 | MR. BOCHNER: | 5690722. |
| 3 | OFR. MUNOZ: | What's a phone number for you? |
| 4 | MR. BOCHNER: | Ahhh, mostly from 530. |
| 5 | OFR. MUNOZ: | Okay. |
| 6 | MR. BOCHNER: | 548 (unintelligible). |
| 7 | OFR. MUNOZ: | Where you do you live at right now? |
| 8 | MR. BOCHNER: | Well, that's a complicated question. I |
| 9 | | mean, it varies (unintelligible) by season. |
| 10 | OFR. MUNOZ: | Okay. |
| 11 | MR. BOCHNER: | Right now I'm staying (unintelligible) at my |
| 12 | | (unintelligible) (unintelligible). |
| 13 | OFR. MUNOZ: | So you're only going to be here part-time? |
| 14 | | How much you had to drink today? |
| 15 | MR. BOCHNER: | Nothing. |
| 16 | OFR. MUNOZ: | Nothing. Take a (unintelligible) track a |
| 17 | | bit. See my finger here? |
| 18 | MR. BOCHNER: | Yeah. |
| 19 | OFR. MUNOZ: | Would you follow it with your eyes and keep |
| 20 | | your head still. |
| 21 | MR. BOCHNER: | Are you just (unintelligible) |
| 22 | | (unintelligible) by a test? |
| 23 | OFR. MUNOZ: | ==We're going to get there, but I want to see== |
| 24 | | ==if you've been drinking or not.== |
| 25 | MR. BOCHNER: | ==Okay. I'm -- I'm going to decline a test.== |

| | | |
|---|---|---|
| 1 | OFR. MUNOZ: | But I'm going to take you out of the vehicle |
| 2 | | and arrest you; would you like to do that? |
| 3 | MR. BOCHNER: | I don't want to be arrested, but I'll submit |
| 4 | | to a blood test. |
| 5 | OFR. MUNOZ: | Sub -- submit to my test right now. I need |
| 6 | | to make sure you're okay to drive. |
| 7 | MR. BOCHNER: | I'm okay to drive. |
| 8 | OFR. MUNOZ: | I need to make sure. Okay? |
| 9 | | Follow my finger. |
| 10 | MR. BOCHNER: | I respectfully decline it. |
| 11 | | |
| 12 | 18:02:38 | |
| 13 | OFR. MUNOZ: | Step out of the vehicle a second. |
| 14 | MR. BOCHNER: | Sure. |
| 15 | OFR. MUNOZ: | Turn and face the vehicle; put your hands |
| 16 | | behind your back. |
| 17 | | One last time, are you willing to do any |
| 18 | | tests so I can make sure you're okay to |
| 19 | | drive? |
| 20 | MR. BOCHNER: | I'm willing to take a blood test. |
| 21 | OFR. MUNOZ: | A blood test comes after you're arrested. |
| 22 | MR. BOCHNER: | I'm ready to take a blood test. |
| 23 | OFR. MUNOZ: | You're under arrest for driving under the |
| 24 | | influence of alcohol. |
| 25 | | Do you have any weapons or anything on you |

| | | |
|---|---|---|
| 1 | | that could hurt me or stick me? |
| 2 | MR. BOCHNER: | No, sir. |
| 3 | OFR. MUNOZ: | Any drugs or anything illegal in the |
| 4 | | vehicle? |
| 5 | MR. BOCHNER: | No, sir. |
| 6 | OFR. MUNOZ: | Anything illegal on your person? |
| 7 | MR. BOCHNER: | No, sir. |
| 8 | OFR. MUNOZ: | You understand why you're not willing to |
| 9 | | give a test so I can make sure you're okay |
| 10 | | to drive. It makes no sense to me. |
| 11 | | You want to step back here. |
| 12 | MR. BOCHNER: | Sure. |
| 13 | OFR. MUNOZ: | Do you have a cell phone on you? |
| 14 | MR. BOCHNER: | No. |
| 15 | OFR. MUNOZ: | Do you have a cell phone in your car? |
| 16 | MR. BOCHNER: | (unintelligible). |
| 17 | OFR. MUNOZ: | Okay. Have a seat while I check your car. |
| 18 | | Watch your head. |
| 19 | | |
| 20 | **18:06:10** | |
| 21 | OFR. MUNOZ: | (unintelligible). |
| 22 | MR. BOCHNER: | Yes, sir. |
| 23 | OFR. MUNOZ: | (unintelligible) (unintelligible) |
| 24 | | (unintelligible) (unintelligible). Okay? |
| 25 | | |

```
 1  18:07:03
 2  OFR. MUNOZ:      (unintelligible), what do you want me to do
 3                   with your vehicle?
 4  MR. BOCHNER:     I don't know.
 5  OFR. MUNOZ:      Or I can tow it or I can place it in the
 6                   parking lot?
 7  MR. BOCHNER:     The parking lot would be better off.  The
 8                   parking lot.
 9
10  (Video recording ended at 18:14:09)
11                              --oOo--
```

```
 1  State of California   )
 2                        ) ss.
    County of Sacramento  )
 3
 4
         I certify that the above in-car video recording with
 5
    JOSEPH BOCHNER and OFFICER ARTHUR MUNOZ on December 22,
 6
    2009 was transcribed by me, a duly certified shorthand
 7
    reporter and a disinterested person, to the best of my
 8
    ability.
 9
10       I further certify that I am not of counsel or
11  attorney for either or any of the parties to said
12  transcript, nor in any way interested in the outcome of the
13  cause named in transcription.
14
         IN WITNESS WHEREOF, I have hereunto set my hand this
15
    15th day of October, 2012.
16
17
18
19  _____
    Alice Gee Soon, CSR 2577
20  State of California
21
22
23
24
25
```

| TONON & ASSOCIATES<br>P. O. BOX 2536<br>TRUCKEE, CA 96160<br>Defendants: Arthur Munoz, Town of Truckee | (530) 587-0333 | |
|---|---|---|
| United States District Court-Eastern District of California<br>501 I Street, #4-200<br>Sacramento, California 95814 | | |
| Plaintiff: Joseph Bochner | | |
| Defendant(s): Arthur Munoz; Town of Truckee | | CASE NO: 2:11-cv-03416-LKK-CKD |

### CERTIFICATE OF SERVICE [FRCP § 5(b)]

I, Kelly Larson, declare as follows:
1. I am over the age of 18 years;
2. I am not a party to this action;
3. My business address is P. O. Box 2536, Truckee, CA 96160;
4. On January 25, 2013, from my business address, I served a document described as:
   **DECLARATION OF ARTHUR MUNOZ IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**
5. Service Address(es): **SEE ATTACHED MAILING LIST**
6. Facsimile Transmission Number(s): **SEE ATTACHED MAILING LIST**
7. Overnight Mail Service: Service was accomplished:

☐ By personal service to:

✓ (By Mail) I caused the described document to be deposited in a post office, mail box, sub-post office, substation or mail chute, or other like facility regularly maintained by the United States Postal Service, in a sealed envelope, with postage prepaid, and addressed to the Service Address(es).

☐ (By Express Mail) I caused the described document to be deposited in a post office, mailbox, sub-post office, substation or mail chute or other like facility regularly maintained by the United States Postal Service for receipt of Express Mail, in a sealed envelope, with Express Mail postage paid and addressed to the Service Address(es).

☐ (By Overnight Mail) I caused the described document to be deposited in a box or other facility regularly maintained by the Overnight Mail Service, or delivered to a courier or driver authorized by the Overnight Mail Service to receive documents, in an envelope designated by the Overnight Mail Service, with delivery fees paid or provided for, addressed to the Service Address(es).

☐ (By Facsimile Transmission) The parties have agreed to service by facsimile transmission and said agreement has been confirmed in writing. I caused the described document to be transmitted from a facsimile transmission machine which number is (530)587-1545 to the Service Address(es) at the Facsimile Transmission Number(s). The transmission was reported as complete without error by transmission report issued by the facsimile transmission machine upon which the transmission was made.

☐ (By e-filing) The individuals/parties listed on the following service list are registered with the Court to receive notice of electronically filed documents. Per ECF rules, hard copies must be served only on parties who are not set up for electronic notification.

I declare the foregoing is true and correct under penalty of perjury under the laws of the State of California.

Date: January 25, 2013

_Kelly Larson_
Kelly Larson

**MAILING LIST/PROOF OF SERVICE**

Case Name: <u>Bochner v. Munoz, et al.</u>
Case No. : 2:11-cv-03416-LKK-CKD

Joseph Bochner, in Pro Per
11448 Deerfield Drive, 2-222
Truckee, California 96161