UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BOCHNER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ARTHUR MUNOZ, et al.,<br><br>　　　　　Defendants. | No.  2:11-cv-3416 LKK CKD PS<br><br><br>ORDER |

　　　Defendants have requested entry of "judgment" on the October 4, 2013 order awarding reasonable expenses to defendants.  Entry of judgment is governed under Federal Rules of Civil Procedure 54-58.  Defendants' request does not appear warranted under these Rules.  Defendants cite no other provision under the Federal Rules of Civil Procedure whereby entry of the requested "judgment" would be appropriate.

　　　Accordingly, IT IS HEREBY ORDERED that defendants' request for entry of judgment (ECF No. 32) is denied.

Dated:  October 10, 2013

　　　　　　　　　　　　　　　　　　　_/s/ Carolyn K. Delaney_____
　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

4 bochner.jud