UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BOCHNER, Plaintiff, v. ARTHUR MUNOZ, et al., Defendants. | No.  CIV. S-11-3416 LKK/CKD PS  **ORDER** |

Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c).

On March 14, 2013, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations to be filed within fourteen days. On March 20, 2013, defendants filed objections to the recommendation that plaintiff be granted leave to amend his complaint.  On April 1, 2013, plaintiff filed untimely objections to that part of the findings and recommendations which recommend summary judgment for defendants on the claims raised in

1

1  plaintiff's original complaint.  In accordance with the
2  provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this
3  court has conducted a de novo review which included plaintiff's
4  untimely objections to the findings and recommendations.
5      The magistrate judge recommends that defendants' motion for
6  summary judgment be granted on the grounds that (1) defendant
7  Munoz is entitled to qualified immunity; and (2) plaintiff has
8  failed to produce evidence to controvert defendants' evidence
9  that there was no custom or policy in place that would give rise
10 to municipal liability under the facts and circumstances of this
11 action.[1]  Findings and Recommendations filed March 14, 2013 (ECF
12 No. 23) at 5-6.  The magistrate judge also recommends that
13 plaintiff be granted a period of thirty days to amend his
14 complaint "to allege claims related to the pat-down search of
15 plaintiff and the search of plaintiff's vehicle."  Id.
16     Plaintiff raises several objections to the magistrate
17 judge's findings that plaintiff's constitutional rights were not
18 violated by his arrest for driving under the influence (DUI) and
19 the recommendation that summary judgment be granted for both the
20 arresting officer, defendant Munoz, and the Town of Truckee on
21 plaintiff's claim that his constitutional rights were violated by
22 a false arrest on DUI charges.  Plaintiff's objections are
23 without merit.
24     Defendants object on several grounds to the recommendation

---

[1] The court notes that the citations to Fed. R. Civ. P. 56 in the summary judgment standards set forth in the findings and recommendations apparently refer to the version of Rule 56 that existed prior to the 2010 amendments, while the citation in footnote 1 refers to the current version of Rule 56.

that plaintiff be permitted to amend his complaint. Their principal objections center on the fact that plaintiff did not move to amend his complaint and they have not had an opportunity to oppose amendment; they also raise several arguments why amendment should be denied. Defendants will have an opportunity to seek dismissal of the amended complaint pursuant to Fed. R. Civ. P. 12 on any ground available to them.[2] The court will, therefore, adopt the magistrate judge's recommendation and grant plaintiff leave to amend the complaint.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 14, 2013 are adopted;

2. Defendants' motion for summary judgment (ECF No. 19) is granted; and

3. Plaintiff is granted leave to amend the complaint within thirty days of the date of this order to allege claims related to the pat-down search of plaintiff and the search of plaintiff's vehicle.

IT IS SO ORDERED.

DATED: October 10, 2013.

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[2] The operative scheduling order in this action requires that all pretrial motions be heard by November 13, 2013. Under the circumstances of this case, the court presumes that the magistrate judge will entertain an appropriate request to extend that deadline.

3