UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BOCHNER, | No. 2:11-cv-3416 LKK CKD PS |
| Plaintiff, | |
| v. | ORDER |
| ARTHUR MUNOZ, et al., | |
| Defendants. | |

Defendants have again requested entry of judgment on the October 4, 2013 order awarding reasonable expenses to defendants. As noted in the prior order denying defendants' request for entry of judgment, defendants' request is not warranted under the Federal Rules of Civil Procedure. The Rules cited by defendants in support of the request are inapplicable at this stage of the proceedings.

Accordingly, IT IS HEREBY ORDERED that defendants' request for entry of judgment (ECF No. 35) is denied.

Dated: October 21, 2013

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 bochner2.jud